## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CAZE D. THOMAS,

              Plaintiff,

-v-

JEFF THURSTON,

              Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020

18 **CIVIL** 4007 (RA)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion & Order dated March 6, 2020, Thurston's motion to

dismiss the Third Amended Complaint is granted. Because the Court previously warned Plaintiff

that his claims would be dismissed with prejudice and without leave to further re-plead if he chose

to file an amended complaint, Plaintiff's complaint is now dismissed with prejudice. Furthermore,

Plaintiff's motion for reconsideration is denied; accordingly, the case is closed.

**Dated:** New York, New York
      March 9, 2020

                                     **RUBY J. KRAJICK**

                                     **Clerk of Court**

**BY:**         _KMango_

                  **Deputy Clerk**